**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-6338**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JEROME E. JOHNSON, JR.,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   Claude M. Hilton, Chief District Judge.  (CR-90-331, CA-93-482)

_____

Submitted:  May 16, 2002                Decided:  June 3, 2002

_____

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Jerome E. Johnson, Jr., Appellant Pro Se.  Andrew Levchuk, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jerome Johnson seeks to appeal the district court's order denying his motion for reconsideration of the denial without prejudice of his Fed. R. Civ. P. 60(b)(6) motion, which the district court construed as a second or successive 28 U.S.C.A. § 2255 (West Supp. 2001) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Johnson, Nos. CR-90-331; CA-93-482 (E.D. Va. Jan. 29, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED